UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRACY BUTLER,                          :

    Plaintiff,                          :

                                                     CIVIL ACTION NO.

v.                                     :

                                                   1:06-CV-299-MHS

OCWEN FINANCIAL SERVICES,              :
INC.,
    Defendant.                          :

### ORDER

Magistrate Judge Cole granted plaintiff leave to proceed <u>in forma pauperis</u> and submitted this case to the Court for review pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). For a dismissal pursuant to § 1915(e)(2)(B)(ii), the Court uses the same standard as for a dismissal pursuant to Fed. R. Civ. P. 12(b)(6). <u>Hyland v. Kolhage</u>, 158 Fed. Appx. 194, 195-96 (11th Cir. 2005). Accordingly, the only concern of the Court at this stage is whether, construing the complaint in the light most favorable to plaintiff, <u>Hargrave v. McKinney</u>, 413 F.2d 320 (5th Cir. 1969), plaintiff will be able to prove a set of facts in support of her claims which would entitle her to relief. <u>Milburn v. United States</u>, 734 F.2d 762, 765 (11th Cir. 1984). The complaint need not, and indeed should not, plead evidence. <u>In Re Beef Antitrust Litigation</u>, 600 F.2d 1148 (5th Cir. 1979), <u>cert. denied</u>, 449 U.S. 905 (1980). "A complaint should

AO 72A
(Rev.8/82)

not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of [her] claim which would entitle [her] to relief." <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46 (1957).

Viewing the allegations in the complaint as true, the Court concludes that it is not beyond doubt that plaintiff can prove no set of facts in support of her claim which would entitle her to relief. Therefore, at this time the Court will not dismiss plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this action is allowed to proceed.

IT IS SO ORDERED, this 31 day of March, 2006.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

2

AO 72A
(Rev.8/82)